UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20842-ALTMAN

**LAUREN DIBARTOLOMEO**,
*individually and on behalf of all others similarly situated*,

    *Plaintiff*,

v.

**LAND ROVER SOUTH DADE, LLC**,

    *Defendant.*

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 41] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on October 16, 2024.

 

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record